UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-04415-ODW(PDx) | Date | June 25, 2025 |
|---|---|---|---|
| Title | Robert R Jimenez v. Monica Chesser et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    **(IN CHAMBERS)**

The hearing on the MOTION to Dismiss Case [8]; and MOTION to Remand Case[10], scheduled for June 30, 2025 at 1:30 P.M., are hereby **VACATED** and taken off calendar. No appearances are necessary.

The matters stands submitted, and will be decided upon without oral argument. An order will issue.

                                                                                                                             :   00

                                                                                            Initials of Preparer    se